# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br>425 Third Street SW, Suite 800<br>Washington, DC 20024,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530,<br><br>        Defendant. | Civil Action No. |

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this action against Defendant U.S. Department of Justice to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3. Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization incorporated under the laws of the District of Columbia and headquartered at 425 Third Street SW, Suite 800, Washington, DC 20024. Plaintiff seeks to promote transparency, integrity, and accountability in government and fidelity to the rule of law. As part of its mission, Plaintiff regularly requests records from federal agencies pursuant to FOIA. Plaintiff analyzes the

agencies' responses and disseminates both its findings and the requested records to the American public to inform them about "what their government is up to."

4. Defendant U.S. Department of Justice is an agency of the U.S. Government and is headquartered at 950 Pennsylvania Avenue NW, Washington, DC 20530.  Defendant DOJ has possession, custody, and control of public records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5. On July 24, 2024, Plaintiff submitted a FOIA request to the Federal Bureau of Investigation ("FBI"), a component of Defendant, seeking access to:

> 1. All records, including but not limited to, investigative reports, interview summaries (Forms 1023), letterhead memoranda, photos, audio/visual recordings, database inquiries, interagency communications, and any other records, whether contained in the Central Records System or cross-referenced files, related to Thomas Matthew Crooks, born September 20, 2003 in Butler Township, PA and died on July 13, 2024, who attempted the assassination of former President Donald Trump on July 13, 2024.
>
> 2. All records of communication in any form, including but not limited to emails, text messages, encrypted app communications and voice recordings, between FBI officials and/or FBI sources, contractors, and assets on the one hand, and Thomas Matthew Crooks on the other hand.

6. The FBI acknowledged receipt of Plaintiff's request by letter dated July 31, 2024 and advised Plaintiff that the request had been assigned FOIPA Request No.: 1642040-000.

7. The FBI denied Plaintiff's request by letter dated August 5, 2024.

8. Plaintiff filed an administrative appeal that same day, August 5, 2024, at Defendant's Office of Information Policy ("OIP").

9. OIP acknowledged receipt of Plaintiff's appeal by letter dated August 5, 2024, and advised Plaintiff that the appeal had been assigned appeal number A-2024-02327.

10. On August 21, 2024, OIP affirmed the FBI's denial of Plaintiff's request.

## COUNT I
### (Violation of FOIA, 5 U.S.C. § 552)

11. Plaintiff realleges paragraphs 1 through 10 as if fully stated herein.

12. Defendant is in violation of FOIA.

13. Plaintiff is being irreparably harmed by Defendant's violation of FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with FOIA.

14. Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to search for any and all records responsive to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's request and a *Vaughn* index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

- 4 -

Dated: July 12, 2025						Respectfully submitted,

							*/s/ Paul J. Orfanedes*
							Paul J. Orfanedes
							D.C. Bar No. 429716
							JUDICIAL WATCH, INC.
							425 Third Street SW, Suite 800
							Washington, DC 20024
							Tel:	(202) 646-5172
							Email: porfanedes@judicialwatch.org

							*Counsel for Plaintiff*

- 4 -