UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH,<br><br>      Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Civil Action No. 25-2216 (CKK) |

## ANSWER

Defendant, the United States Department of Justice (the "Department" or "Defendant"), respectfully submits the following Answer to Plaintiff Judicial Watch, Inc.'s ("Plaintiff") Complaint (ECF No. 1) in this Freedom of Information Act ("FOIA") case. The Department reserves its right to amend, alter, or supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to the Department through the course of the litigation.

The Department responds to the separately numbered paragraphs and requested relief contained in the Complaint. To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, the Department may refer to such materials for their accurate and complete contents in response; however, the Department's references are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c) admissible in this, or any other, action. The Department expressly denies all allegations in the Complaint, including the relief sought, that are not specifically admitted or otherwise qualified in this Answer. The Department responds to the Complaint in like numbered paragraphs as follows:

## COMPLAINT[1]

The introductory paragraph purports to characterize the purpose of this lawsuit, to which no response is required. The Department admits that Plaintiff brings this case under FOIA. To the extent a response is required, Defendant denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

## JURISDICTION AND VENUE

1. This paragraph sets forth legal conclusions regarding jurisdiction to which no response is required. To the extent a response is required, Defendant admits that this Court has jurisdiction over this matter subject to the terms and limitations of FOIA.

2. This paragraph sets forth legal conclusions regarding venue to which no response is required. To the extent a response is required, Defendant admits that venue for claims under the FOIA is available in this district for proper FOIA challenges.

## PARTIES

3. Defendant is without sufficient information or knowledge to admit or deny the allegations of this paragraph.

4. Defendant admits only that the Department is a department of the United States Government subject to FOIA and that it is located at 950 Pennsylvania Avenue, NW, Washington, DC 20530. Defendant denies the remaining allegations in this paragraph.

## STATEMENT OF FACTS

5. Defendant the Federal Bureau of Investigation ("FBI") admits that it received a FOIA request dated July 24, 2024, from Plaintiff. Defendant respectfully refers the Court to the

---

[1] For ease of reference, the Department replicates the headings contained in the Complaint. Although the Department believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

cited document for its true and complete contents, and denies any allegations inconsistent therewith.

6. Defendant admits the allegations contained in paragraph 6 of the Complaint.

7. Defendant admits the allegations contained in paragraph 7 of the Complaint.

8. Defendant admits the allegations contained in paragraph 8 of the Complaint.

9. Defendant admits the allegations contained in paragraph 9 of the Complaint.

10. Defendant admits the allegations contained in paragraph 10 of the Complaint.

## Count I
### (Violation of FOIA, 5 U.S.C. § 552)

11. Defendant repeats and incorporates by reference the above paragraphs and all paragraphs of this Answer, and denies any allegation not expressly admitted therein.

12. Defendant denies the allegations in this paragraph.

13. This paragraph consists of Plaintiff's conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

14. This paragraph consists of Plaintiff's conclusions of law, to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

## REQUEST FOR RELIEF

The paragraph beginning with "WHEREFORE" contains Plaintiff's request for relief, to which no response is required. Defendant denies that Plaintiff is entitled to any of the requested relief or to any relief whatsoever.

## DEFENSES

In further response to the Complaint, Defendant raises the following defenses. Defendant denies each and every allegation contained in the Complaint not expressly admitted in its Answer. Defendant respectfully requests and reserves the right to amend, alter, or supplement the defenses

contained in this Answer as the facts and circumstances giving rise to the Complaint become known to it through the course of the litigation.

### First Defense

The Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized under FOIA.

### Second Defense

Plaintiff is not entitled to compel production of any records that FOIA or another federal law exempts from disclosure.

### Third Defense

Plaintiff's Complaint fails to state a claim for which relief can be granted, as Defendant has not unlawfully withheld any records within the meaning of the FOIA, 5 U.S.C. § 522.

### Fourth Defense

Plaintiff is not entitled to any relief whatsoever, including attorney's fees and costs.

Dated:  September 11, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  /s/ *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 815-8654

*Attorneys for the United States of America*