UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 25-2216 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 16, 2025, Minute Order, Plaintiff Judicial Watch, and Defendant, the United States Department of Justice and its component the Federal Bureau of Investigation (the "FBI"), respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

The FBI previously reported that it completed its search, identified approximately 45,000 potentially responsive pages though the responsive review remained ongoing, and that the first release was anticipated to be made by January 26, 2026. Today, the FBI reports that it completed its responsiveness review and identified approximately over 75,000 pages responsive to Plaintiff's request. Because of this large quantity of records, the FBI has begun engaging with Plaintiff to see if they are willing to narrow their request. In the meantime, the first release of records was made on January 26, 2026. The second interim release of records is anticipated to be made on February 27, 2026, and the last business day of each month going forward.

The parties respectfully request that the Court permit them to file another joint status report on or before April 20, 2026.

Dated:  February 19, 2026    Respectfully submitted,

                                                   JEANINE FERRIS PIRRO
United States Attorney

By:            /s/ *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252 – 7678

*Attorneys for the United States of America*


/s/Jason Aldrich
JASON B. ALDRICH
D.C. Bar No. 495488

JUDICIAL WATCH, INC.
Suite 800
425 3rd Street, S.W.
Washington, DC 20024
Tel.: (202) 646-5172
Fax.: (202) 646-5199
E-mail: jaldrich@judicialwatch.org

*Attorneys for Plaintiff*

2